UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN MORT JEFFERIES,<br><br>          Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | 4:16-CV-4078-KES<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner, Brian Mort Jefferies.

Dated August 17, 2016.

                                        BY THE COURT:

                                        */s/ Karen E. Schreier*
                                        KAREN E. SCHREIER
                                        UNITED STATES DISTRICT JUDGE